# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARGARETTE DUVERGER, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT SLACK, LLC,<br><br>Defendant. | Case No. 0:21-cv-60911-RS<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL

Plaintiff Margarette Duverger and Defendant Robert Slack, LLC (collectively, the "Parties") hereby stipulate to the dismissal of this action with prejudice as to the Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs. None of the rights of any putative class members, other than the plaintiff, has been released or are otherwise affected by this dismissal.

Dated: December 3, 2021

By: */s/ Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff*

Respectfully submitted,

/s/ Lori A. Heim
Lori A. Heim, Esquire
Florida Bar No. 0055247
lheim@bushross.com
Secondary email: tmcgowen@bushross.com
**BUSH | ROSS, P.A.**
1801 North Highland Avenue
Tampa, Florida 33602
Telephone: (813) 204-6444
Facsimile:  (813) 223-9620

*Counsel for Defendant, Robert Slack, LLC*