**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60911-CIV-SMITH**

MARGARETTE DUVERGER, individually
and on behalf of a class of all persons and
entities similarly situated,

        Plaintiff,

vs.

ROBERT SLACK, LLC,

        Defendant.
_____/

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Stipulation of Dismissal [DE 23]. Accordingly, it is

**ORDERED** that:

1. This matter is **DISMISSED.** Plaintiff's individual claims are dismissed with prejudice.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 3rd day of December, 2021.

                                            *[signature]*
                                            RODNEY SMITH
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record